UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SALLY GROS VEDROS, ET AL. | * | CIVIL ACTION NO. 2:11-cv-01198 |
| VS. | * | DIVISION "N"; MAG. "4" |
| NORTHROP GRUMMAN SHIPBUILDING, INC. ET AL | * | JUDGE KURT D. ENGELHARDT |

*************************************************************************

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' claims currently asserted in the above-captioned action against Hopeman Brothers, Inc. and Liberty Mutual Insurance Company (only to the extent that it allegedly insured Hopeman Brothers, Inc. and Wayne Manufacturing Company) as a result of Sally Gros Vedros' exposure to asbestos have been settled with Hopeman Brothers, Inc. and Liberty Mutual Insurance Company (only to the extent that it allegedly insured Hopeman Brothers, Inc. and Wayne Manufacturing Company), so that those claims asserted against these defendants are dismissed as to these defendants only and only in the capacities identified, with prejudice, and with each party to bear their own costs, and reserving to plaintiffs, Gerald Vedros, Lori Vedros Kravet, and Valerie Vedros White, any and all rights which they have or may have against any other person, entity, or corporation, whether named or unnamed in this suit.

New Orleans, Louisiana, this 13th day of November, 2013.

_____
U.S. DISTRICT JUDGE